# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: FORCED PLACE DOCKET Evans (C.A. No. 09-2611) | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court is a Motion to Sever and Deconsolidate from Forced Place Docket (Doc. 18942). In this motion National Lloyds Insurance Company, ("National Lloyds") seeks the severance and deconsolidation of *Shoun Evans v. National Lloyds Insurance Co.*, C.A. No. 09-2611, based on its contention that the case was improperly consolidated under this category of case. Plaintiff Evans was originally identified as one of the plaintiffs in the Alexander mass joinder case (Docket No. 07-4538) and had been severed therefrom. Having been informed by plaintiff's counsel that he has no objection to the motion as the case is not a forced place matter,

**IT IS ORDERED** that Motion to Sever and Deconsolidate from Forced Place Docket (Doc. 18942) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Severed Complaint shall be amended **no later than August 1, 2009** to remove any language that is inappropriate in light of the fact that the case is not a Forced Place case.

**IT IS FURTHER ORDERED** that upon the filing of the Amended Complaint, the Case Manager shall set a scheduling conference forthwith.

New Orleans, Louisiana, this _____ day of July, 2009.

                                                **STANWOOD R. DUVAL, JR.**
                                   **UNITED STATES DISTRICT COURT JUDGE**